## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Brian J. O'Neill, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1403 C.D. 2016 |
| | : | |
| The Philadelphia Zoning Board of Adjustment | : | |
| | : | |

## **O R D E R**

NOW, October 23, 2017, having considered appellant's application for reargument, the application is denied.

$$\underline{\phantom{MARY HANNAH LEAVITT,}}$$

MARY HANNAH LEAVITT,
President Judge